IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG HENRY,                    )<br>                                 )<br>          Plaintiff,           )<br>                                 )<br>v.                               )<br>                                 )<br>HARRY E. WILSON, Superintendent; CAROL )<br>A. SCIRE, Grievance Coordinator; MR. REID, )<br>BA-Unit Manager; MS. CLEVELAND, BA-Unit )<br>Counseler; MARY ANN MISTRIK, Hearing )<br>Examiner; MS. KERRI CROSS, Hearing )<br>Examiner; LAUREZ R. HARRY, Program )<br>Review Committee; BRADLEY NEWTON, )<br>Program Review Committee; PSYCHIATRIST )<br>SAAVEDRA, Medical Psychiatrist; STEVE )<br>BENKO, Program Review Committee,   )<br>                                 )<br>          Defendants.         ) | Civil Action No. 05 - 648<br><br>Judge David S. Cercone /<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

Plaintiff filed a Motion for Renewal of Order that the United States Marshal Re-Serve "Process Receipt and Return" Forms on Defendants on May 19, 2006. Although the United States Marshals did file a Notice of Inability to Effectuate Service on all but one of the Defendants, an Answer (Doc. No. 28) was filed on May 23, 2006. Therefore

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for Renewal of Order that the United States Marshal Re-Serve "Process Receipt and Return" Forms on Defendants (Doc. No. 26) is **DENIED** as moot.

**AND IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

Lisa Pupo Lenihan
U.S. Magistrate Judge

cc: Craig Henry
AP - 7447
SCI Fayette
Box 9999
LaBelle, PA  15450-0999

Craig Maravich
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA  15219