IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG HENRY,<br><br>                Plaintiff,<br><br>v.<br><br>HARRY E. WILSON, Superintendent; CAROL A. SCIRE, Grievance Coordinator; MR. REID, BA-Unit Manager; MS. CLEVELAND, BA-Unit Counseler; MARY ANN MISTRIK, Hearing Examiner; MS. KERRI CROSS, Hearing Examiner; LAUREZ R. HARRY, Program Review Committee; BRADLEY NEWTON, Program Review Committee; PSYCHIATRIST SAAVEDRA, Medical Psychiatrist; STEVE BENKO, Program Review Committee,<br><br>                Defendants. | Civil Action No. 05 - 648<br><br>Judge David S.Cercone /<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

On this 31st day of May, 2006,

IT IS HEREBY ORDERED that no formal discovery, such as interrogatories, requests for production or requests for admission will be allowed in this case without leave of court. However, no later than July 31, 2006, the defendant(s) shall provide plaintiff with the following:

    (1) all incident reports in its possession concerning the alleged incident or incidents;

    (2) all medical records in its possession concerning this alleged incident or incidents.

Plaintiff shall, no later than July 31, 2006, advise the court of any further discovery, if any he deems necessary for the prosecution of this case. He may not submit requests for discovery to the defendant(s) without leave of court.

All dispositive motions and briefs in support thereof must be filed by September 29, 2006. Responses are due thirty days after the date of filing.

IT IS FURTHER ORDERED that plaintiff shall serve upon defense counsel a copy of every pleading or other document submitted for consideration by the court and shall include on the original document filed with the Clerk of Court a certificate stating the date a true and correct copy of the pleading or document was mailed to counsel. Any pleading or other document received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a certificate of service may be disregarded by the Court.

LISA PUPO LENIHAN
United States Magistrate Judge

cc: Craig Henry
AP - 7447
SCI Fayette
Box 9999
LaBelle, PA  15450-0999

Counsel of Record