IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG HENRY,<br><br>    Plaintiff,<br><br>v.<br><br>HARRY E. WILSON, Superintendent; CAROL A. SCIRE, Grievance Coordinator; MR. REID, BA-Unit Manager; MS. CLEVELAND, BA-Unit Counseler; MARY ANN MISTRIK, Hearing Examiner; MS. KERRI CROSS, Hearing Examiner; LAUREZ R. HARRY, Program Review Committee; BRADLEY NEWTON, Program Review Committee; PSYCHIATRIST SAAVEDRA, Medical Psychiatrist; STEVE BENKO, Program Review Committee,<br><br>    Defendants. | Civil Action No. 05 - 648<br><br>Judge David S.Cercone /<br>Magistrate Judge Lisa Pupo Lenihan |

### ORDER

On May 31, 2006, this Court ordered that no formal discovery was to be allowed in this case without leave of Court. On July 3, 2006 Plaintiff filed a motion for leave to conduct further discovery (Doc. No. 32). Said Motion is **GRANTED** in part and **DENIED** in part as follows:

Request 1: Denied as overly broad and not calculated to lead to evidence that is admissible at trial.

Request 2: Granted.

Request 3: Granted.

Request 4: Granted as to Plaintiff only.

Request 5: Granted but only from the date of the allegations of Plaintiff's Complaint.

Request 6: Denied as overly broad and not calculated to lead to admissible evidence.

Request 7: Granted.

Request 8: Granted.

This Order does not preclude Defendants from raising any objections available under the federal rules of discovery. IF objections are raised and Plaintiff wishes to contest those objections, he is to file a motion to compel within 30 days of receiving the objections.

Defendants have until August 7, 2006 to respond to these discovery requests.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days shall constitute waiver of the right to appeal.

LISA PUPO LENIHAN
United States Magistrate Judge

cc: Craig Henry
AP - 7447
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

Counsel of Record