IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG HENRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARRY E. WILSON, Superintendent; CAROL )<br>A. SCIRE, Grievance Coordinator; MR. REID, )<br>BA-Unit Manager; MS. CLEVELAND, BA-Unit )<br>Counseler; MARY ANN MISTRIK, Hearing )<br>Examiner; MS. KERRI CROSS, Hearing )<br>Examiner; LAUREZ R. HARRY, Program )<br>Review Committee; BRADLEY NEWTON, )<br>Program Review Committee; PSYCHIATRIST )<br>SAAVEDRA, Medical Psychiatrist; STEVE )<br>BENKO, Program Review Committee, )<br>)<br>Defendants. ) | Civil Action No. 05 - 648<br><br>Judge David S.Cercone /<br>Magistrate Judge Lisa Pupo<br>Lenihan |

## **O R D E R**

Plaintiff has filed two Motions for Temporary Restraining Order (Doc. Nos. 13 and 31). The Plaintiff seeks to be housed in a single cell during litigation of the complaint in this case to avoid psychological anguish rooted in a sexual assault while being double celled in the past. Both motions seek the same relief and cite the same reasons why relief should be granted. The most recent motion (Doc. No. 31), however, addresses the exact same issue as the earlier motion (Doc. No. 13) but provides a more current enumeration of events.  Therefore,

**IT IS ORDERED** this 18th day of September, 2006, that Plaintiff's Motion for a Temporary Restraining Order (Doc. No. 13) is **DISMISSED as moot**.  A report and recommendation on Plaintiff's second Motion for a Temporary Restraining Order (Doc. No. 31) shall be issued this same day.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days shall constitute waiver of the right to appeal.

    s/Lisa Pupo Lenihan  
    LISA PUPO LENIHAN  
    United States Magistrate Judge

cc:    Craig Henry  
       AP - 7447  
       SCI Fayette  
       Box 9999  
       LaBelle, PA  15450-0999

       Craig Maravich  
       Office of the Attorney General  
       564 Forbes Avenue  
       6th Floor, Manor Complex  
       Pittsburgh, PA  15219